SAMUEL JONES, PLAINTIFF IN ERROR, v. THE MORRISTOWN AQUEDUCT COMPANY, DEFENDANT IN ERROR.

THE CHANCELLOR. The judgment in this case is affirmed for the reasons given in the opinion of the Supreme Court. (7 *Vroom* 206.)

*For affirmance*—The CHANCELLOR, KNAPP, WOODHULL, CLEMENT, DODD, GREEN, LILLY, WALES. 8.

*For reversal*—None.